IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRYAN KEITH ROGERS                                           PLAINTIFF

v.                                   No. 3:13-cv-198-DPM

CITY OF POCAHONTAS, ARKANSAS;
CECIL TACKETT, Individually and in his
Official Capacity as a Chief of Police
for the Pocahontas Police Department;
TREY HARE, Individually and in his Official
Capacity as a Police Officer for Pocahontas
Police Department; BRIAN TILGHMAN,
Individually and in his Official Capacity as a
Police Officer for Pocahontas Police
Department; and DANE DILAN, Individually
and in his Official Capacity as a Police
Officer for Pocahontas Police Department            DEFENDANTS

## ORDER

Rogers's response to Defendants' motion for summary judgment is

approximately two weeks overdue. If Rogers does not respond by 2 February

2015, the Court will assume he concedes the motion and enter judgment

accordingly.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_26 January 2015_