## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BRYAN KEITH ROGERS**                                                  **PLAINTIFF**

v.                                    **No. 3:13-cv-198-DPM**

**CITY OF POCAHONTAS, ARKANSAS;**
**CECIL TACKETT, Individually and in his**
**Official Capacity as a Chief of Police**
**for the Pocahontas Police Department;**
**TREY HARE, Individually and in his Official**
**Capacity as a Police Officer for Pocahontas**
**Police Department; BRIAN TILGHMAN,**
**Individually and in his Official Capacity as a**
**Police Officer for Pocahontas Police**
**Department; and DANE DILAN, Individually**
**and in his Official Capacity as a Police**
**Officer for Pocahontas Police Department**          **DEFENDANTS**

### ORDER

Rogers has not responded to Defendants' motion for summary judgment. The Court alerted Rogers and extended his time to do so — noting that the Court would conclude the motion was conceded if no response was filed. № 20. None was. The material facts, № 16, are therefore deemed admitted. LOCAL RULE 56.1(c); *Libel v. Adventure Lands of America, Inc.*, 482 F.3d 1028, 1033 (8th Cir. 2007). Defendants' motion, № 15, is granted as conceded.

The Court sees no constitutional violation during Rogers's arrest. *Graham v. Connor*, 490 U.S. 386, 396–97 (1989). But even if one occurred, Rogers hasn't shown that a municipal policy or custom was the cause. *Monell v. Department of Social Services*, 436 U.S. 658, 691 (1978). And the officers are entitled to qualified immunity for their judgment calls in the circumstances. *Austell v. Sprenger*, 690 F.3d 929, 936 (8th Cir. 2012); *see also Cole v. City of Little Rock*, 131 F.3d 721, 722 (8th Cir. 1997) (recognizing *sua sponte* dismissal based on qualified immunity). The record doesn't create a jury question on failure to train or supervise. *Atkinson v. City of Mountain View, Mo.*, 709 F.3d 1201, 1217 (8th Cir. 2013). The Court sees no Sixth Amendment or Equal Protection violations either. Rogers's echoing claims under the Arkansas Civil Rights Act fail as a matter of law. *Hess v. Ables*, 714 F.3d 1048, 1054 (8th Cir. 2013).

So Ordered.

D.P. Marshall Jr.
United States District Judge

10 February 2015