IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRYAN KEITH ROGERS                                                    PLAINTIFF

v.                            No. 3:13-cv-198-DPM

CITY OF POCAHONTAS, ARKANSAS;
CECIL TACKETT, Individually and in his
Official Capacity as a Chief of Police
for the Pocahontas Police Department;
TREY HARE, Individually and in his Official
Capacity as a Police Officer for Pocahontas
Police Department; BRIAN TILGHMAN,
Individually and in his Official Capacity as a
Police Officer for Pocahontas Police
Department; and DANE DILAN, Individually
and in his Official Capacity as a Police
Officer for Pocahontas Police Department       DEFENDANTS

JUDGMENT

Rogers's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 February 2015